685 So.2d 146 (1997)
Cabell Ward BANNERMAN, Individually and as Executor of the Estate of Elizabeth A. Bannerman, Deceased, Dempsey E. Bannerman, and Paul L. Storey
v.
Thomas W. BISHOP, Thomas Kyle Godfrey, a Minor, Bonnie K. Bishop, a Minor, State Farm Mutual Automobile Insurance Company and State Farm Fire and Casualty Company.
No. 96-C-2755.
Supreme Court of Louisiana.
January 10, 1997.
Denied.
LEMMON, VICTORY and TRAYLOR, JJ., would grant the writ.
JOHNSON, J., not on panel.